Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Robichaux
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS SANDS,<br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | 3:16-CV-00793-SB<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $18,180 pursuant to 42 U.S.C. § 406(b). The attorney fee of $1,960.46 allowed pursuant to the Equal Access to Justice Act was seized by the Treasury and thus will not be paid to Plaintiff.

Dated this ⎯15th⎯ day of ⎯⎯November⎯⎯, 2018.

_____
Stacie F. Beckerman
United States Magistrate Judge